06-CV-05267-ORD

FILED _____ LODGED
_____ RECEIVED

AUG 24 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

The Honorable Ronald B. Leighton

| | |
|---|---|
| EMMELINE M. HEDENBURG, et al, <br><br> Plaintiffs, <br><br> and <br><br> ARAMARK AMERICAN FOOD SERVICES, Inc., <br><br> Defendant. | NO. CV06-5267-RBL <br><br> STIPULATION AND AGREED ORDER TO SUBSTITUTED DEFENDANT ARAMARK EDUCATIONAL SERVICES, INC. |

### STIPULATION

THE PARTIES, by and through their respective counsel of record, have agreed to substitute the corporate entity, ARAMARK Educational Services, Inc., for ARAMARK American Food Services, Inc., as the proper party Defendant in the above entitled cause of action pursuant to FRCP 21.

Dated this 21st Day of August 2006

_____
Wm. Michael Hanbey, # 7829
Attorney for Plaintiffs

Dated this 16 Day of August 2006

_____
D. Michael Reilly, # 14674
Attorney for Defendant ARAMARK

ORIGINAL

STIPULATION AND ORDER
ON PARTY DEFENDANT - 1

Wm. Michael Hanbey, PS
Attorney at Law
P.O. Box 2575
Olympia, WA 98507

# ORDER

**THE COURT**, upon stipulation of the Parties for substitution of party defendant, pursuant to FRCP 21, having reviewed the files and records in this cause, **NOW THEREFORE**

**ORDERS, ADJUDGES AND DECREES** that

ARAMARK Educational Services, Inc., IS and the SAME SHALL BE SUBSTITUTED AS DEFENDANT for ARAMARK Food Services, Inc., in the above-entitled cause of action. The Clerk shall note the change in party defendant with the entry of this Order.

Dated this 24 Day of August 2006

_____
Ronald B. Leighton,
United States District Court Judge

STIPULATION AND ORDER
ON PARTY DEFENDANT - 2

Wm. Michael Hanbey, PS
Attorney at Law
P.O. Box 2575
Olympia, WA 98507