AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

EMMELINE M. HEDENBURG,

    v.

                    CASE NUMBER: C06-5267RBL

ARAMARK AMERICAN FOOD SERVICES, INC.,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Summary Judgment is GRANTED.  Plaintiff's Motion to Strike Pleadings is DENIED.    Plaintiff's claims are DISMISSED with prejudice.
.

*DATED:*  March 26, 2007

                                        BRUCE  RIFKIN
                                  *Clerk*

                                      /s/   Jean Boring
                                  *(By) Deputy Clerk*, Jean Boring